Karl **CRUMBAKER,** Movant–Appellant,

v.

**STATE of Missouri, Respondent.**

No. 58865.

Missouri Court of Appeals,
Eastern District,
Division One.

March 19, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 16, 1991.

Application to Transfer
Denied July 23, 1991.

Melvin G. Franke, Villa Ridge, for movant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion for post conviction relief with-

out an evidentiary hearing. Movant was found guilty by a jury on April 8, 1987 of the sale of cocaine and was sentenced to thirty-five years imprisonment on June 2, 1987. Movant's conviction was affirmed on appeal by this court on May 24, 1988, 753 S.W.2d 76. Movant did *not* file a Rule 27.26 motion and did *not* file a Rule 29.15 motion by June 30, 1988.

Since movant was sentenced prior to January 1, 1988, he had until June 30, 1988, to file a Rule 29.15 motion. Rule 29.15(m). Movant's failure to file a motion on or before June 30, 1988, constitutes a complete waiver of his right to proceed under Rule 29.15. *Day v. State,* 770 S.W.2d 692, 695 (Mo. banc 1989), *cert. denied, sub. nom. Walker v. Missouri,* —— U.S. ——, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989).

Judgment affirmed.